MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   Mitchel and Shelly Fabel
Chapter 7 Case No.   08-46250

Please Check One:
X   Unclaimed Dividends

_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Citizens Bank<br>P O Box 339<br>102 Main Street<br>Hutchinson, MN  55350 | 7 | $4,231.92 | $322.69 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: June 22, 2010

__/e/ Brian F. Leonard_____
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

356179

RECEIVED 10 JUN 23 AM 9:34
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN